PROB 22
(Rev. 5/2015)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0:14-CR-020-DLB-05 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| CR-20-50118-PHX-SPL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Coscia | Eastern District of Kentucky | Northern Division at Ashland |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable David L. Bunning, U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/16/2018 | TO 11/15/2021 |
|---|---|---|

**OFFENSE**
Conspiracy to Commit Mail Fraud (4 counts)
Conspiracy to Commit Money Laundering-International Transfers (3 counts)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

24 April 2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 11, 2020
*Effective Date*

*United States District Judge*